# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| GREGOIRE M. NLEME, | Civil No. 17-4133 (JRT/DTS) |
| Plaintiff, | |
| v. | ORDER |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Gregoire M. Nleme, 17382 Glacier Way, Apt 30, Rosemount, MN 55068, *pro se* plaintiff.

Eugene Scalia, Naima Farrell, **GIBSON DUNN & CRUTCHER LLP,** 1050 Connecticut Avenue NW, Washington, DC 20036-5306, Carly W. Stephani, Alan Bassin, Rachelle Velgersdyk, **BOWMAN AND BROOKE LLP,** 150 South 5th Street, Suite 3000, Minneapolis, MN 55402, for defendant.

United States Magistrate Judge David T. Schultz issued the Report and Recommendation on April 11, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff Gregoire M. Nleme's Complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b);

2. Defendant Ford Motor Company's Rule 12(b)(6) Motion to Dismiss [Docket No. 16] is **DENIED** as moot; and

3. Plaintiff is barred from filing any new cases in this District unless he is represented by counsel or he is granted prior authorization by a Judge or Magistrate Judge of the District Court to file a proposed complaint.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 1, 2018
at Minneapolis, Minnesota

                                              s/John R. Tunheim_____
                                              JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court